[No. 14343-1-III.    Division Three.    January 28, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. THOMAS WALTER BLOSSOM, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-00606-4, Kathleen M. O'Connor, J., entered September 12, 1994. *Affirmed* by unpublished opinion per Munson, J. Pro Tem., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 14480-1-III.    Division Three.    January 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE J. GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 94-1-00117-8, Evan E. Sperline, J., entered October 24, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.

[No. 14937-4-III.    Division Three.    January 28, 1997.]

FRANKLIN PARK MALL, ET AL., *Appellants*, v. COUNTRY ROOF COATING CONTRACTORS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-2-05550-8, Harold D. Clarke, J., entered May 1, 1995. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.

[No. 15142-5-III.    Division Three.    January 28, 1997.]

MAX MILLER, ET AL., *Appellants*, v. DARLENE DEMING, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-06098-2, Thomas E. Merryman, J., entered August 2, 1995. *Affirmed* by unpublished opinion per Munson, J. Pro Tem., concurred in by Schultheis, A.C.J., and Thompson, J.